(Official Form 1) (12/02)

| FORM B1 | | |
|---|---|---|
| **United States Bankruptcy Court**<br>**Northern District of Illinois** | | **Voluntary Petition** |

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meyer, Kurt S.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Meyer, Carol J.** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Kurt Meyer** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Carol Meyer** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**2436** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**3600** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1116 W. Hawthorne, Apt. F**<br>**Arlington Heights, IL 60005** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2101 Route 53, Apt. 18**<br>**Woodridge, IL 60517** |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business:   **Dupage** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

NO DISKETTE

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)     ☐ Railroad<br>☐ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other _____     ☐ Clearing Bank | | ☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business     ☐ Business | | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/12/2004
Time: 12:06:38
Debtor: KURT S MEYER
Case: 04-09905      Fee = 209
Chapter: 7 Rec. # : 3068137
Judge: Eugene Wedoff
341 mtg: 04/26/2004 @ 12:30PM
Trustee: GLENN HEYMAN
```

1:04BK09905-BK001

(Official Form 1) (12/02)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor: **Kurt S. Meyer, Carol J. Meyer** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:　　**NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>　**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Kurt S. Meyer_
Signature of Debtor

X _Carol J. Meyer_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_3/8/04_
Date

X _____
Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Robin M. Zandri, 6244169**
Printed Name of Attorney for Debtor(s) / Bar No.

**Anderson & Associates, PC**
Firm Name

**1701 E. Woodfield Rd.  Suite 1050**
Address

**Schaumburg, IL 60173**

**(847) 995-9999　　　　　　　　(847) 995-0117**
Telephone Number

_3/10/04_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code. specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
　Signature of Attorney for Debtor(s)　　　　　　Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　　Yes, and Exhibit C is attached and made a part of this petition.
☒　　No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A
(6/90)

In re: **Kurt S. Meyer**                    **Carol J. Meyer**                    ,    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | -0- | $    0.00 |
| | Total ➤ | | 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Kurt S. Meyer**                    **Carol J. Meyer**                    Case No. _____
            _____Debtor_____                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Harris Bank, Arlington Heights, IL | H | 80.00 |
| | | Checking Harris Bank | W | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | security deposit with landlord | H | 700.00 |
| | | security deposit with landlord | W | 500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Various household goods and furnishings | W | 1,000.00 |
| | | Various household goods and furnishings | H | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | used clothing | H | 200.00 |
| | | used clothing | W | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k) Home Depot | W | 6,419.12 |
| | | Pension - Northwest Community Hospital | H | 0.00 contingent |

FORM B6B
(10/89)

In re **Kurt S. Meyer** _____ **Carol J. Meyer** _____ Case No. _____
                    Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | **Shared research and patent w/DHD Medical for oxygen mask device** | H | 50.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Mercury Mystique- 136,000 miles** | W | 500.00 |
| | | **1996 Mercury Topaz - 130,000 miles** | H | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |

FORM B6B
(10/89)

In re  **Kurt S. Meyer**                    **Carol J. Meyer**                    Case No. _____
_____                                                          _____
          Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

__2__   continuation sheets attached                    Total ▸ | **$ 11,049.12**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **Kurt S. Meyer** _____  **Carol J. Meyer** _____  , Case No. _____
                    Debtor.                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)     Exemptions provided in 11 U.S.C. § 522(d).     **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1995 Mercury Mystique- 136,000 miles** | **735 ILCS 5/12-1001(c)** | 500.00 | 500.00 |
| **1996 Mercury Topaz - 130,000 miles** | **735 ILCS 5/12-1001(c)** | 500.00 | 500.00 |
| **401(k) Home Depot** | **735 ILCS 5/12-1006** | 6,419.12 | 6,419.12 |
| **Checking - Harris Bank, Arlington Heights, IL** | **735 ILCS 5/12-1001(b)** | 80.00 | 80.00 |
| **Checking Harris Bank** | **735 ILCS 5/12-1001(b)** | 100.00 | 100.00 |
| **Various household goods and furnishings** | **735 ILCS 5/12-1001(b)** | 800.00 | 800.00 |
| **Various household goods and furnishings** | **735 ILCS 5/12-1001(b)** | 1,000.00 | 1,000.00 |

FORM B6D
(6/90)

In re: Kurt S. Meyer                    Carol J. Meyer _____ .    Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE | | | | | |

<u>0</u> Continuation sheets attached

Subtotal ➤ (Total of this page)    $0.00
Total ➤ (Use only on last page)    $0.00

(Report total also on Summary of Schedules)

'B6E
(Rev.4/98)

In re: **Kurt S. Meyer**                          **Carol J. Meyer**                          Case No.
_____                    _____                    _____
              Debtor                                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

1  Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re: **Kurt S. Meyer**                    **Carol J. Meyer**                  ,    Case No. _____
_____
　　　　Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | ➤ | $0.00 |
| Total (Use only on last page of the completed Schedule E.) | ➤ | $0.00 |

(Report total also on Summary of Schedules)

FORM B6i' (Official Form 6F) - (9/97)

In re: **Kurt S. Meyer**          **Carol J. Meyer**          Case No. _____
      Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A12167795/P11217086**<br>**Allied Interstate**<br>3111 S. Dixie Hwy<br>Suite 101<br>West Palm Beach, FL 33405 | | H | | | | | 2,600.61 |
| ACCOUNT NO. **002895529**<br>**American Recovery Systems**<br>1699 Wall St., Suite 300<br>Mt. Prospect, IL 60056-5788 | | J | | | | | 28,751.97 |
| ACCOUNT NO. **630-739-3977D**<br>**AT&T**<br>P.O. Box 8212<br>Aurora, IL 60572-8212 | | H | | | | | 190.00 |
| ACCOUNT NO. **01-010000-8798100720**<br>**AT&T Broadband**<br>P.O. Box 173885<br>Denver, CO 80217-3885 | | H | | | | | 119.61 |
| ACCOUNT NO. **5491 1303 4645 4432**<br>**AT&T Universal Card**<br>P.O. Box 6909<br>The Lakes, NV 88901-6901 | | H | | | | | 9,463.03 |

_6_  Continuation sheets attached

Subtotal ➤

Total ➤

| | |
|---|---|
| | **$41,125.22** |
| | |

FORM B6F - Cont.
(10/89)

In re: **Kurt S. Meyer**                      **Carol J. Meyer**                      Case No. _____
            Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  085900000260149307 | | H | | | | | 154.05 |
| **AT&T Wireless** c/o Foster & Garbus P.O. Box 9030 Farmingdale, IL  11735-9030 | | | | | | | |
| ACCOUNT NO.  4319041001406166 | | H | | | | | 4,501.15 |
| **Bank of America** P.O. Box 2493 Norfolk, VA  23510 | | | | | | | |
| ACCOUNT NO.  44733-00-5364590 | | W | | | | | 7,368.31 |
| **Beneficial** P.O. Box 17574 Baltimore, MD  21297-1574 | | | | | | | |
| ACCOUNT NO.  5178-0523-6825-7511 | | W | | | | | 490.00 |
| **Capital One** P.O. Box 85015 Richmond, VA 23285-5015 | | | | | | | |
| ACCOUNT NO.  50174709068 | | H | | | | | 18.91 |
| **Columbia House** 1400 N. Fruitridge Avenue P.O. Box 1114 Terre Haute, IN  47811-1114 | | | | | | | |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      ➤

(Total of this page)

Total      ➤

(Use only on last page of the completed Schedule F.)

| $12,532.42 |
|---|
| |

FORM B6F - Cont.
(10/89)

In re: **Kurt S. Meyer**                    **Carol J. Meyer**                    Case No. _____
                Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7730488004**<br><br>**Commonwealth Edison Co.**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | H | | | | | 285.53 |
| ACCOUNT NO.   **5190003052**<br><br>**Creditors Interchange, Inc.**<br>**P.O. Box 1335**<br>**Buffalo, NY 14241-1335** | | H | | | | | 14,590.50 |
| ACCOUNT NO.   **8551-323-767-0**<br><br>**Exon Mobile**<br>**P.O. Box 4555**<br>**Carol Stream, IL 60197-4555** | | W | | | | | 528.31 |
| ACCOUNT NO.   **CG9A10550623508**<br><br>**Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN 55438-5908** | | H | | | | | 2,506.04 |
| ACCOUNT NO.   **5491 0001 3882 2015**<br><br>**Fleet Card Services**<br>**P.O. Box 17192**<br>**Wilmington, DE 19850-7192** | | J | | | | | 7,001.69 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

| $24,912.07 |
|---|
| |

FORM B6F - Cont.
(10/89)

In re: **Kurt S. Meyer** _____ **Carol J. Meyer** _____ , Case No. _____
         Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4053550012293264**<br><br>**FNANB**<br>P.O. Box 42365<br>Richmond, VA 23242<br><br><br>**Blatt, Hasenmiller, Leibsker & Moore**<br>Two N. LaSalle St.<br>Suite 900<br>Chicago, IL 60602-3702 | | J | | | | | 4,952.13 |
| ACCOUNT NO. **6035-3200-9100**<br><br>**Home Depot Credit Services**<br>P.O. Box 9100<br>Des Moines, IA 50368-9100 | | W | | | | | 732.57 |
| ACCOUNT NO.<br><br>**IDAPP**<br>P.O. Box 707<br>Deerfield, IL 60015-0707 | | H | | | | | 8,363.98 |
| ACCOUNT NO.<br><br>**Illinois Student Assitance Commission**<br>1755 Lake Cook Road<br>Deerfield, IL 60015-5209 | | H | | | | | 2,540.49 |
| ACCOUNT NO. **33P2677254**<br><br>**Indiana Insurance Company**<br>6281 Tri-Ridge Blvd.<br>Loveland, OH 45140 | | J | | | | | 723.95 |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

**$17,313.12**

FORM B6F - Cont.
(10/89)

In re: **Kurt S. Meyer**      **Carol J. Meyer**        ,      Case No. _____
       Debtor                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **366-4823006** <br><br> J.C. Penney <br> P.O. Box 960001 <br> Orlando, FL  32896-0001 | | H | | | | | 185.65 |
| ACCOUNT NO. <br><br> Kent A. Gaertner, P.C. <br> Mohr & Gaertner <br> 1300 Iroquois Dr. <br> Suite 230 <br> Naperville, IL 60563 | | H | | | | | 180.00 |
| ACCOUNT NO. **4311966018714665** <br><br> National City Card Services <br> K-A16-25 <br> P.O. Box 500 <br> Kalamazoo, MI  49081 | | H | | | | | 8,057.81 |
| ACCOUNT NO. **C600001518** <br><br> Nationwide Credit, Inc. <br> 3602 N. Blackstone Ave. <br> Suite G201 <br> Fresno, CA  93726-5398 | | H | | | | | 75.16 |
| ACCOUNT NO. **4319041001406166** <br><br> NCO Financial Systems <br> P.O. Box 41417 <br> Dept. 99 <br> Philadelphia, PA  19101 | | H | | | | | 4,501.15 |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

$12,999.77

FORM B6F - Cont.
(10/89)

In re: **Kurt S. Meyer**          **Carol J. Meyer**                    Case No. _____
                Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6-38-08-2854-8** <br><br> **NICOR Gas** <br> **P.O. Box 2020** <br> **Aurora, IL 60507-2020** | | H | | | | | 221.53 |
| ACCOUNT NO. **000154** <br><br> **Provenzale Dental** <br> **4336 Saratoga** <br> **Downers Grove, IL 60515** | | H | | | | | 365.00 |
| ACCOUNT NO. **5184450074165592** <br><br> **Providian** <br> **Blitt & Gaines, P.C.** <br> **318 W Adams, Suite 1600** <br> **Chicago, IL 60606** | | J | | | | | 29,341.97 |
| ACCOUNT NO. **5121071809481082** <br><br> **Sears** <br> **P.O. Box 182532** <br> **Columbus, OH 43218-2532** | | H | | | | | 3,611.95 |
| ACCOUNT NO. **0156707468278** <br><br> **Sears** <br> **Kramer & Frank, P.C.** <br> **9300 Dielman Ind. Dr.** <br> **St. Louis, MO 63132-2205** <br><br> **c/o Kramer & Frank, P.C.** <br> **9300 Dielman Ind. Dr.** <br> **St. Louis, MO 63132-2205** | | H | | | | | 3,015.86 |

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ (Total of this page)          $36,556.31

Total ▸
(Use only on last page of the completed Schedule F.)

FORM B6F - Cont.
(10/89)

In re: **Kurt S. Meyer** _____ **Carol J. Meyer** _____ , Case No. _____
Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **31904802436F**<br><br>**United Student Aid Funds**<br>**P.O. Box 6185**<br>**Indianapolis, IN 42606-6185** | | H | | | | | 11,258.85 |

Sheet no. _6_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $11,258.85
(Total of this page)

Total ➤ | $156,697.76
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

Robin M. Zandri  6244169
Anderson & Associates, PC
1701 E. Woodfield Rd.
Suite 1050
Schaumburg, IL 60173

(847) 995-9999
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor: **Kurt S. Meyer**
Social Security Number: 2436

Joint Debtor:  Carol J. Meyer
Social Security Number: 3600

Case No:

Chapter  7

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **Allied Interstate**<br>3111 S. Dixie Hwy<br>Suite 101<br>West Palm Beach, FL  33405 | **Unsecured Claims** | $  2,600.61 |
| 2.  **American Recovery Systems**<br>1699 Wall St., Suite 300<br>Mt. Prospect, IL  60056-5788 | **Unsecured Claims** | $ 28,751.97 |
| 3.  **AT&T**<br>P.O. Box 8212<br>Aurora, IL  60572-8212 | **Unsecured Claims** | $    190.00 |
| 4.  **AT&T Broadband**<br>P.O. Box 173885<br>Denver, CO  80217-3885 | **Unsecured Claims** | $    119.61 |
| 5.  **AT&T Universal Card**<br>P.O. Box 6909<br>The Lakes, NV  88901-6901 | **Unsecured Claims** | $  9,463.03 |

In re:   **Kurt S. Meyer**
**Carol J. Meyer**

Case No. __ _____

| | | | |
|---|---|---|---|
| 6. | **AT&T Wireless**<br>**c/o Foster & Garbus**<br>**P.O. Box 9030**<br>**Farmingdale, IL  11735-9030** | **Unsecured Claims** | $   154.05 |
| 7. | **Bank of America**<br>**P.O. Box 2493**<br>**Norfolk, VA  23510** | **Unsecured Claims** | $  4,501.15 |
| 8. | **Beneficial**<br>**P.O. Box 17574**<br>**Baltimore, MD 21297-1574** | **Unsecured Claims** | $  7,368.31 |
| 9. | **Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | **Unsecured Claims** | $   490.00 |
| 10. | **Columbia House**<br>**1400 N. Fruitridge Avenue**<br>**P.O. Box 1114**<br>**Terre Haute, IN  47811-1114** | **Unsecured Claims** | $   18.91 |
| 11. | **Commonwealth Edison Co.**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | **Unsecured Claims** | $   285.53 |
| 12. | **Creditors Interchange, Inc.**<br>**P.O. Box 1335**<br>**Buffalo, NY  14241-1335** | **Unsecured Claims** | $ 14,590.50 |
| 13. | **Exon Mobile**<br>**P.O. Box 4555**<br>**Carol Stream, IL  60197-4555** | **Unsecured Claims** | $   528.31 |
| 14. | **Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN  55438-5908** | **Unsecured Claims** | $  2,506.04 |

In re:    **Kurt S. Meyer**                                        Case No. _____
          **Carol J. Meyer**

| | | | |
|---|---|---|---|
| 15 . | **Fleet Card Services**<br>**P.O. Box 17192**<br>**Wilmington, DE 19850-7192** | **Unsecured Claims** | **$ 7,001.69** |
| 16 . | **FNANB**<br>**P.O. Box 42365**<br>**Richmond, VA 23242** | **Unsecured Claims** | **$ 4,952.13** |
| 17 . | **Home Depot Credit Services**<br>**P.O. Box 9100**<br>**Des Moines, IA 50368-9100** | **Unsecured Claims** | **$ 732.57** |
| 18 . | **IDAPP**<br>**P.O. Box 707**<br>**Deerfield, IL 60015-0707** | **Unsecured Claims** | **$ 8,363.98** |
| 19 . | **Illinois Student Assitance Commission**<br>**1755 Lake Cook Road**<br>**Deerfield, IL 60015-5209** | **Unsecured Claims** | **$ 2,540.49** |
| 20 . | **Indiana Insurance Company**<br>**6281 Tri-Ridge Blvd.**<br>**Loveland, OH 45140** | **Unsecured Claims** | **$ 723.95** |
| 21 . | **J.C. Penney**<br>**P.O. Box 960001**<br>**Orlando, FL 32896-0001** | **Unsecured Claims** | **$ 185.65** |
| 22 . | **Kent A. Gaertner, P.C.**<br>**Mohr & Gaertner**<br>**1300 Iroquois Dr.**<br>**Suite 230**<br>**Naperville, IL 60563** | **Unsecured Claims** | **$ 180.00** |
| 23 . | **National City Card Services**<br>**K-A16-25**<br>**P.O. Box 500**<br>**Kalamazoo, MI 49081** | **Unsecured Claims** | **$ 8,057.81** |

In re:    Kurt S. Meyer                                    Case No. _____
          Carol J. Meyer

| 24. | Nationwide Credit, Inc.<br>3602 N. Blackstone Ave.<br>Suite G201<br>Fresno, CA 93726-5398 | Unsecured Claims | $ 75.16 |
|---|---|---|---|
| 25. | NCO Financial Systems<br>P.O. Box 41417<br>Dept. 99<br>Philadelphia, PA 19101 | Unsecured Claims | $ 4,501.15 |
| 26. | NICOR Gas<br>P.O. Box 2020<br>Aurora, IL 60507-2020 | Unsecured Claims | $ 221.53 |
| 27. | Provenzale Dental<br>4336 Saratoga<br>Downers Grove, IL 60515 | Unsecured Claims | $ 365.00 |
| 28. | Providian<br>Blitt & Gaines, P.C.<br>318 W Adams, Suite 1600<br>Chicago, IL 60606 | Unsecured Claims | $ 29,341.97 |
| 29. | Sears<br>P.O. Box 182532<br>Columbus, OH 43218-2532 | Unsecured Claims | $ 3,611.95 |
| 30. | Sears<br>Kramer & Frank, P.C.<br>9300 Dielman Ind. Dr.<br>St. Louis, MO 63132-2205 | Unsecured Claims | $ 3,015.86 |
| 31. | United Student Aid Funds<br>P.O. Box 6185<br>Indianapolis, IN 42606-6185 | Unsecured Claims | $ 11,258.85 |

In re:   **Kurt S. Meyer**                                           Case No. _____
          **Carol J. Meyer**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, Kurt S. Meyer, and I, Carol J. Meyer, named as debtors in this case, declare under penalty of perjury that we have read
the foregoing Numbered Listing of Creditors, consisting of 4 sheets (not including this declaration), and that it is true and
correct to the best of our information and belief.

Signature: _____
            Kurt S. Meyer

Dated: _____3/8/04_____

Signature: _____
            Carol J. Meyer

Dated: _____3/8/04_____

Form B6G
(10/89)

In re: **Kurt S. Meyer**             **Carol J. Meyer**                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jasper Calandra**<br>**Arlington Square Apartments**<br>**111 E Hawthorne St.**<br>**Arlington Heights, IL  60005** | **Kurt Meyer - Residential Lease** |
| **The Quarters of Woodridge**<br>**8109 Route 53**<br>**Woodridge, IL  60517** | **Carol Myer - Residential Lease** |

B6H
(6/90)

In re: <u>Kurt S. Meyer</u>    <u>Carol J. Meyer</u>   ,   Case No. _____
      Debtor                                                                 (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

FORM B6I
(6/90)

In re   **Kurt S. Meyer, Carol J. Meyer** _____ , Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:  **M** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:  **51** <br> Spouse's Age:  **55** | NAMES <br> **Karin** | AGE <br> **19** | RELATIONSHIP <br> **Daughter** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Respiratory Care Practitioner** | **Book Keeper** |
| Name of Employer | **Northwest Community Hospital** | **Home Depot** |
| How long employed | **11 Years** | **7 years** |
| Address of Employer | **800 W. Central Road** <br> **Arlington Heights, IL  60005** | **2000 Butterfield Road** <br> **Downers Grove, IL  60515** |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 4,775.33 | $ | 2,357.37 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 4,775.33 | $ | 2,357.37 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 1,076.53 | $ | 332.00 |
| b. Insurance | $ | 334.69 | $ | 264.81 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)   **std/ltd** | $ | 0.00 | $ | 66.34 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,411.22 | $ | 663.16 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,364.11 | $ | 1,694.21 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify)   **Part-time job - Meijers** | $ | 0.00 | $ | 292.00 |
| **Royalty** | $ | 33.33 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 3,397.44 | $ | 1,986.21 |

TOTAL COMBINED MONTHLY INCOME _____ **$ 5,383.65** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                       **NONE**

Form B6J
(6/90)

In re  **Kurt S. Meyer, Carol J. Meyer**                                              ,    Case No. _____
          Debtor                                                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☑    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
        schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 700.00 |
| Are real estate taxes included?    Yes _____    No    ✓ | | |
| Is property insurance included?    Yes _____    No    ✓ | | |
| Utilities    Electricity and heating fuel | $ | 150.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 100.00 |
| Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 300.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 0.00 |
| Other    **Malpractice Insurance** | $ | 10.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other    **License Fees** | $ | 50.00 |
| **Student Loans** | $ | 900.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,560.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ | $ | _____ |
| | (interval) | |

Form B6J
(6/90)

In re  **Kurt S. Meyer, Carol J. Meyer**                                    ,    Case No. _____
      Debtor                                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**SPOUSE**

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 860.00 |
| Are real estate taxes included?  Yes _____  No ✓ | | |
| Is property insurance included?  Yes _____  No ✓ | | |
| Utilities   Electricity and heating fuel | $ | 200.00 |
|         Water and sewer | $ | 0.00 |
|         Telephone | $ | 55.00 |
|         Other   **cable** | $ | 42.00 |
|                 **cell phone** | $ | 45.00 |
| Home Maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 300.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 80.00 |
| Medical and dental expenses | $ | 15.00 |
| Transportation (not including car payments) | $ | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|         Homeowner's or renter's | $ | 15.00 |
|         Life | $ | 0.00 |
|         Health | $ | 0.00 |
|         Auto | $ | 0.00 |
|         Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|         Auto | $ | 0.00 |
|         Other   **Beneficial Loan** | $ | 180.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,092.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ | $ | _____ |
|                   (interval) | | |

Form B6
(6/90)

# United States Bankruptcy Court
# Northern District of Illinois

In re  **Kurt S. Meyer**           **Carol J. Meyer**           Case No.

Chapter     **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $         0.00 | | |
| B - Personal Property | YES | 3 | $    11,049.12 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $         0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $    156,697.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      5,383.65 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      4,652.00 |
| Total Number of sheets in ALL Schedules ➤ | | 20 | | | |
| Total Assets ➤ | | | $    11,049.12 | | |
| Total Liabilities ➤ | | | | $    156,697.76 | |

In re:  **Kurt S. Meyer**                    **Carol J. Meyer**                    Case No.
         **2436**                             **3600**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **20** sheets plus the summary
page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  _3/8/04_                              Signature  _[signature]_
                                                        **Kurt S. Meyer**

Date:  _3/8/04_                              Signature  _[signature]_
                                                        **Carol J. Meyer**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152
and 3571.

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois**

In re:  **Kurt S. Meyer**                  **Carol J. Meyer**                   Case No. _____
**2436**                                             **3600**                               Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 29,386.74 | **Home Depot** | **2002** |
| 4,048.32 | **Meijer Stores** | **2002** |
| 59,415.35 | **Northwest Community Hospital** | **2002** |
| 29,412.95 | **Home Depot** | **2003** |
| 600.00 | **Meijer Stores** | **2003** |
| 60,365.52 | **Northwest Community Hospital** | **2003** |
| 7,493.60 | **Home Depot** | **2004** |
| 575.00 | **Meijer Stores** | **2004** |
| 6,675.00 | **Northwest Community Hospital** | **2004** |

## 2.  Income other than from employment or operation of business

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 500.00 | **Omni Resource** | **2002** |
| 400.00 | **Pegasus Research** | **2002** |
| 710.00 | **Pegasus Research** | **2003** |

## 3.  Payments to creditors

None ☐   a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Anderson & Associates, P.C.<br>1701 E. Woodfield Road<br>Suite 1050<br>Schaumburg, IL 60173 | 1/13/04 | 700.00 | 0.00 |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| First North American National Bank v. Kurt S. Meyer<br>03 MI 102028 | Civil Suit | Cook County | Judgment in favor of defendant |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
|  |  |  |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
|  |  |  |  |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
|  |  |  |  |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
|  |  |  |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Anderson & Associates, P.C.**<br>**1701 E. Woodfield Road**<br>**Suite 1050**<br>**Schaumburg, IL  60173** | **2/28/04** | **1400.00** |

## 10. Other transfers

None ☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Danielle Del Rosario**<br>**520 Jordan Way**<br>**Bolingbrook, IL  60440**<br>    **None** | **07/11/2003** | **Real Estate**<br>**520 Jordan Way**<br>**Bolingbrook, IL  60440**<br>**Sales Price - $135,000.00**<br>**Net Proceeds - $500.00** |

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Harris Bank**<br>**Bolingbrook, IL** | **Kurt and Carol Meyer** | **legal documents** | |

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 520 Jordan Way<br>Bolingbrook, IL  60440 | **Carol Meyer** | **1990 through 7/03** |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  3/8/04          Signature of Debtor      *Kurt S. Meyer*
                                               **Kurt S. Meyer**

Date  3/8/04          Signature of Joint Debtor   *Carol J. Meyer*
                                                  **Carol J. Meyer**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

| | | | |
|---|---|---|---|
| In re: | **Kurt S. Meyer**<br>**2436** | **Carol J. Meyer**<br>**3600** | Case No. _____<br>Chapter    **7** |
| Debtors | | | |

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,400.00 |
| Prior to the filing of this statement I have received | $ | 1,400.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Adversarial proceedings**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _3/10/04_

Robin M. Zandri, Bar No. 6244169

**Anderson & Associates, PC**
Attorney for Debtor(s)