# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 04-09905 WRE
**Case Name:** MEYER, KURT S.
MEYER, CAROL J.
**Period Ending:** 05/30/07

**Trustee:** (330360)    GLENN R. HEYMAN
**Filed (f) or Converted (c):** 03/12/04 (f)
**§341(a) Meeting Date:** 04/26/04
**Claims Bar Date:** 01/25/05

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Accounts | 180.00 | 0.00 | | 0.00 | |
| 2 | Security Deposit with Landlord | 1,200.00 | 1,200.00 | DA | 0.00 | |
| 3 | Household Goods and Furnishings | 1,800.00 | 0.00 | | 0.00 | |
| 4 | Wearing Apparel | 400.00 | 400.00 | DA | 0.00 | |
| 5 | 401(K) Home Depot | 6,419.12 | 0.00 | | 0.00 | |
| 6 | Pension | 0.00 | Unknown | | 0.00 | |
| 7 | Shared Patent interest for Oxygen Mask Device | 50.00 | N/A | | 5,897.50 | |
| 8 | Automobile - 1995 Mercury | 500.00 | 0.00 | | 0.00 | |
| 9 | Automobile - 1996 Mercury | 500.00 | 0.00 | | 0.00 | |
| Int | INTEREST (u) | Unknown | N/A | | 32.09 | Unknown |
| 10 | **Assets    Totals** (Excluding unknown values) | **$11,049.12** | **$1,600.00** | | **$5,929.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/15/2005: Trustee still liquidating assets.

06/30/2005: Trustee still liquidating assets.

06/30/2006: Checking claims, and checking to see if taxes are necessary then case ready to be closed.

10/2006: rec'd offer from Smiths Medical for Ttee interest in flo-2 and oxypeep product. Awaiting letter setting forth terms, then will file motion with Court to have

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

| **Case Number:** | 04-09905 WRE |
| **Case Name:** | MEYER, KURT S. |
| | MEYER, CAROL J. |
| **Period Ending:** | 05/30/07 |

| **Trustee:** (330360) | GLENN R. HEYMAN |
| **Filed (f) or Converted (c):** | 03/12/04 (f) |
| **§341(a) Meeting Date:** | 04/26/04 |
| **Claims Bar Date:** | 01/25/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

settlement approved.

Initial Projected Date Of Final Report (TFR):   May 30, 2005         Current Projected Date Of Final Report (TFR):   June 30, 2007

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-09905 WRE |
|---|---|
| Case Name: | MEYER, KURT S. |
| | MEYER, CAROL J. |
| Taxpayer ID #: | 13-7431495 |
| Period Ending: | 05/30/07 |

| Trustee: | GLENN R. HEYMAN (330360) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****29-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/19/04 | {7} | DHD Healthcare Corporation | Royalty payment on mask device | 1123-000 | 189.00 | | 189.00 |
| 10/19/04 | {7} | Smiths Medical ASD | Royalty payment on mask device | 1123-000 | 139.50 | | 328.50 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.02 | | 328.52 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.07 | | 328.59 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.07 | | 328.66 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 0.08 | | 328.74 |
| 02/04/05 | {7} | Smiths Medical ASD, Inc. | Account Receivable | 1123-000 | 226.00 | | 554.74 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.12 | | 554.86 |
| 03/23/05 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2004 FOR CASE #04-09905, Bond #016026455 | 2300-000 | | 0.28 | 554.58 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.16 | | 554.74 |
| 04/14/05 | {7} | Smiths Medical ASD, Inc. | Medical Device Royalty | 1123-000 | 389.50 | | 944.24 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.21 | | 944.45 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.28 | | 944.73 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.30 | | 945.03 |
| 07/19/05 | {7} | Smiths Medical ASD, Inc. | Medical Device Royalty Payment | 1123-000 | 268.50 | | 1,213.53 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.36 | | 1,213.89 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.46 | | 1,214.35 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.48 | | 1,214.83 |
| 10/10/05 | {7} | Smiths Medical ASD, Inc. | Royalty on Medical Device July - September 2005 | 1123-000 | 260.00 | | 1,474.83 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.60 | | 1,475.43 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.67 | | 1,476.10 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.74 | | 1,476.84 |

| | | | Subtotals : | | $1,477.12 | $0.28 | |

{} Asset reference(s)                                                                                                          Printed: 05/30/2007 11:58 AM    V.9.02

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-09905 WRE |
|---|---|
| Case Name: | MEYER, KURT S. |
| | MEYER, CAROL J. |
| Taxpayer ID #: | 13-7431495 |
| Period Ending: | 05/30/07 |

| | |
|---|---|
| Trustee: | GLENN R. HEYMAN (330360) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****29-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/06 | {7} | Smiths Medical ASD, Inc. | Oxy-Peep Royalty Payment for October - December 2005 | 1123-000 | 365.00 | | 1,841.84 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.89 | | 1,842.73 |
| 02/09/06 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2005 FOR CASE #04-09905, Bond #016026455 | 2300-000 | | 1.19 | 1,841.54 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.99 | | 1,842.53 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.10 | | 1,843.63 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.17 | | 1,844.80 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.25 | | 1,846.05 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.21 | | 1,847.26 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.26 | | 1,848.52 |
| 08/02/06 | {7} | Smiths Medical | Royalty Payment April -June 2006 | 1123-000 | 371.50 | | 2,220.02 |
| 08/09/06 | {7} | Smiths Medical | Royalty payment for January - March 2006 | 1123-000 | 488.50 | | 2,708.52 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.71 | | 2,710.23 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.72 | | 2,711.95 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.90 | | 2,713.85 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.78 | | 2,715.63 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.72 | | 2,717.35 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.81 | | 2,719.16 |
| 02/06/07 | {7} | Smiths Medical ASD, Inc. | Payoff of Royalty Obligation | 1123-000 | 3,200.00 | | 5,919.16 |
| 02/08/07 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2006 FOR CASE #04-09905, Blanket Bond Payment for Glenn Heyman – Bond Number 016026455 | 2300-000 | | 6.92 | 5,912.24 |
| | | | Subtotals : | | $4,443.51 | $8.11 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-09905 WRE |
|---|---|
| Case Name: | MEYER, KURT S. |
| | MEYER, CAROL J. |
| Taxpayer ID #: | 13-7431495 |
| Period Ending: | 05/30/07 |

| Trustee: | GLENN R. HEYMAN (330360) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****29-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.55 | | 5,914.99 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.15 | | 5,917.34 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.26 | | 5,921.56 |

|  | | Net Receipts | Net Disbursements |  |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 5,929.59 | 8.39 | $5,921.20 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 5,929.59 | 8.39 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$5,929.59** | **$8.39** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***_*****29-65 | 5,929.59 | 8.39 | 5,921.20 |
| | $5,929.59 | $8.39 | $5,921.20 |