**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MEYER, KURT S.<br>MEYER, CAROL J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-09905 WRE<br><br>JUDGE Eugene R. Wedoff |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 744
   Chicago, Illinois 60604

   on: **July 25, 2007**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | | |
   |---|---|---|
   | a. Receipts | $ | 5,929.59 |
   | b. Disbursements | $ | 8.39 |
   | c. Net Cash Available for Distribution | $ | 5,921.20 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $1,342.96 | |

| | | |
|---|---|---|
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $600.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $2,706.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $12,608.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 10.09%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Illinois Student Assistance Commission | $ 2,555.00 | $ 257.81 |
| 2 | Kent A. Gaertner, P.C. | $ 360.00 | $ 36.33 |
| 3 | National City Card Services | $ 8,848.08 | $ 892.82 |
| 4 | Nicor Gas | $ 230.25 | $ 23.23 |
| 5 | Monogram Credit Card Bank of Georgia | $ 614.96 | $ 62.05 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing: security deposit with landlord and wearing apparel.

Dated:  **June 29, 2007**          For the Court,

By:**KENNETH S GARDNER**
    Kenneth S. Gardner
    Clerk of the United States Bankruptcy Court
    219 S. Dearborn Street; 7th Floor
    Chicago, IL  60604

Trustee:   GLENN R. HEYMAN
Address:   135 S. LaSalle Street, #3705
              Chicago, IL  60603
Phone No.:  (312) 641-6777

## SERVICE LIST

**KURT S. MEYER & CAROL J. MEYER**
**04 B 09905**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2                Date Rcvd: Jun 29, 2007
Case: 04-09905                 Form ID: pdf002             Total Served: 41

The following entities were served by first class mail on Jul 01, 2007.
db          +Kurt S Meyer,    1116 W Hawthorne Apt F,    Arlington Heights, IL 60005-1075
jdb         +Carol J Meyer,    8101 Route 53 Apt 18,    Woodridge, IL 60517-3645
aty         +Robin M Zandri,    Anderson & Associates P C,    1701 E Woodfield Road  Suite 1050,
              Schaumburg, IL 60173-5141
tr          +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
7876396      AT&T,    P.O. Box 8212,    Aurora, IL  60572-8212
7876397      AT&T Broadband,    P.O. Box 173885,    Denver, CO  80217-3885
7876398      AT&T Universal Card,    P.O. Box 6909,    The Lakes, NV  88901-6901
7876399      AT&T Wireless,    c/o Foster & Garbus,    P.O. Box 9030,    Farmingdale, IL  11735-9030
7876394     +Allied Interstate,    3111 S. Dixie Hwy,    Suite 101,    West Palm Beach, FL 33405-1570
7876395      American Recovery Systems,    1699 Wall St., Suite 300,    Mt. Prospect, IL  60056-5788
7876400     +Bank of America,    P.O. Box 2493,    Norfolk, VA 23501-2493
7876401      Beneficial,    P.O. Box 17574,    Baltimore, MD  21297-1574
7876402     +Blatt, Hasenmiller, Leibsker & Moore,    Two N. LaSalle St.,    Suite 900,   Chicago, IL 60602-4059
7876404      Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
7876405      Columbia House,    1400 N. Fruitridge Avenue,    P.O. Box 1114,    Terre Haute, IN  47811-1114
7876406      Commonwealth Edison Co.,    Bill Payment Center,    Chicago, IL 60668-0001
7876407      Creditors Interchange, Inc.,    P.O. Box 1335,    Buffalo, NY  14241-1335
7876408      Exon Mobile,    P.O. Box 4555,    Carol Stream, IL  60197-4555
7876411     +FNANB,    P.O. Box 42365,    Richmond, VA 23242-2365
7876409      Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN  55438-5908
7876410      Fleet Card Services,    P.O. Box 17192,    Wilmington, DE  19850-7192
7876412      Home Depot Credit Services,    P.O. Box 9100,    Des Moines, IA  50368-9100
7876413      IDAPP,    P.O. Box 707,    Deerfield, IL  60015-0707
7876414      Illinois Student Assitance Commission,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
7876415     +Indiana Insurance Company,    6281 Tri-Ridge Blvd.,    Loveland, OH 45140-8345
7876416      J.C. Penney,    P.O. Box 960001,    Orlando, FL  32896-0001
7876417     +Jasper Calandra,    Arlington Square Apartments,    111 E Hawthorne St.,
              Arlington Heights, IL 60004-5505
7876418     +Kent A. Gaertner, P.C.,    Mohr & Gaertner,    1300 Iroquois Dr.,    Suite 230,
              Naperville, IL 60563-1791
8845598     +Monogram Credit Card Bank of Georgia,    DBA Exxon Mobil,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, Florida 33131-1605
7876421     +NCO Financial Systems,    P.O. Box 41417,    Dept. 99,    Philadelphia, PA 19101-1417
7876419     +National City Card Services,    K-A16-25,    P.O. Box 500,    Kalamazoo, MI 49004-0500
7876420      Nationwide Credit, Inc.,    3602 N. Blackstone Ave.,    Suite G201,    Fresno, CA  93726-5398
7876423     +Provenzale Dental,    4336 Saratoga,    Downers Grove, IL 60515-2866
7876424     +Providian,    Blitt & Gaines, P.C.,    318 W Adams, Suite 1600,    Chicago, IL 60606-5100
7876425      Sears,    P.O. Box 182532,    Columbus, OH  43218-2532
7876426     +Sears,    Kramer & Frank, P.C.,    9300 Dielman Ind. Dr.,    St. Louis, MO 63132-3080
7876427     +The Quarters of Woodridge,    8109 Route 53,    Woodridge, IL 60517-3647
7876428     +United Student Aid Funds,    P.O. Box 6185,    Indianapolis, IN 46206-6185
7876403     +c/o Kramer & Frank, P.C.,    9300 Dielman Ind. Dr.,    St. Louis, MO 63132-3080
The following entities were served by electronic transmission on Jun 30, 2007.
7876406       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
              Commonwealth Edison Co.,    Bill Payment Center,    Chicago, IL 60668-0001
7876422       E-mail/Text: bankrup@nicor.com                           NICOR Gas,    P.O. Box 2020,
              Aurora, IL  60507-2020
8834624      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO  Box 549,
              Aurora, IL 60507-0549
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Lois West,    Popower, Katten, Ltd.
aty*        +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jun 29, 2007
Case: 04-09905                Form ID: pdf002          Total Served: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2007**                    **Signature:**     _Joseph Speetjens_